

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE UNIVERSITY OF TEXAS AT AUSTIN and JAY HARTZELL, in his Official Capacity as Interim President of THE UNIVERSITY OF TEXAS AT AUSTIN, | § § § § | No. 08-20-00157-CV<br><br>Appeal from the |
| Appellants/Cross-Appellees, | § | 353rd Judicial District Court |
| v. | § | of Travis County, Texas |
| GATEHOUSE MEDIA TEXAS HOLDINGS, II, INC., d/b/a AUSTIN AMERICAN-STATESMAN, | § § | (TC # No. D-1-GN-19-007002) |
| Appellee/Cross-Appellant. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. We therefore affirm the judgment of the trial court except the portion of the judgment denying attorney's fees under TEX. GOV'T CODE ANN. § 552.323(a). We remand that portion of the judgment to the trial court with instructions to determine and award Appellee/Cross-Appellant reasonable attorney's fees. We further order that Appellee/Cross-Appellant recover from Appellant/Cross-Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF NOVEMBER, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.